IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

  vs.            :  CASE NO.  CR-1-02-117

**TREMAIN CRUMP,**

      Defendant.

### SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                GREGORY G. LOCKHART
                United States Attorney


                s/Deborah F. Sanders
                DEBORAH F. SANDERS  #0043575
                Assistant United States Attorney
                303 Marconi Blvd., Suite 200
                Columbus, Ohio 43215
                (614) 469-5715

**CERTIFICATE OF SERVICE**

  I hereby certify that on <u>September 20, 2006</u>, I electronically filed the foregoing Satisfaction of Criminal Imposition with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Tremain Crump, 456 South Eureka Avenue, Columbus, Ohio 43204.

             <u>sDeborah F. Sanders</u>
             Deborah F. Sanders (0043575)
             Assistant United States Attorney